ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                  :
                                  :
UNITED STATES OF AMERICA          :
                                  :    **UNSEALING ORDER**
         - v. -                   :
                                  :    21 Mag. 8604
ROVIER CARRINGTON,                :
                                  :
                                  :
         Defendant.               :
                                  :
- - - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Kevin Mead;

It is found that the Complaint in the above-captioned action, 21 Mag. 8604, is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed, it is therefore

ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       September 22, 2021

                                    _____
                                    JAMES L. COTT
                                    United States Magistrate Judge