March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Rovier Carrington,
                Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

_____-CR-_____(__)(__)

21 Mag. 8604

Defendant __ROVIER CARRINGTON__ hereby voluntarily consents to participate in the following proceeding via Tel/videoconferencing:

__X__ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

____ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_Tamara Giwa_
_for Rovier Carrington_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Rovier Carrington_
Print Defendant's Name

_____
Defense Counsel's Signature

_Tamara Giwa_
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_9/29/21_
Date

_____
U.S. District Judge/U.S. Magistrate Judge